UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-24756-CIV-ALTONAGA/Goodman

**ABDULKAREEM FAHMI ELTAHER**,

    Plaintiff,

v.

**JASMEN BEAUTY SUPPLY INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On December 17, 2019, the Court entered an Order [ECF No. 7] requiring Plaintiff, Abdulkareem Fahmi Eltaher, to perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process by February 14, 2020. Plaintiff was advised a failure to comply with the Order "will result in a dismissal without prejudice and without further notice." (*Id.*). Plaintiff has not complied, nor has he sought an extension of time within which to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2020.

                                                    *[signature]*
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record